473 A.2d 649

Commonwealth v. Jones, Appellant.

Submitted November 7, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The judgment of sentence of the learned Dauphin County Common Pleas Court Judge Clarence C. Morrisson is affirmed.

POPOVICH, J., concurred in the result.

473 A.2d 649

Commonwealth v. Larry, Appellant.

Petition for Allowance of Appeal
Denied May 14, 1984.

Submitted October 7, 1983. Arnold L. New, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.